IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN HENRY FREDERICK,

    Plaintiff,

v.                                                       4:18cv482–WS/CJK

WAKULLA CORRECTIONAL
INSTITUTION, et al.,

    Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 13) docketed February 8, 2019. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed for maliciousness pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), based on the plaintiff's failure to disclose his prior litigation history. The plaintiff has filed objections (ECF No. 14) to the magistrate judge's report and recommendation.

Having reviewed the record, the undersigned has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly,

it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 13) is ADOPTED and incorporated into this order by reference.

2. The plaintiff's complaint and this action are DISMISSED without prejudice for maliciousness under 28 U.S.C. §§ 1915(e)(2)(B)(i).

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ___26th___ day of ___March___, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE